UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00004-PAB-MJW

THOMAS R. LEWIS,

    Plaintiff,

v.

DENVER FIRE DEPARTMENT,
a Department of the City and County of Denver,

and

KEITH MEHRENS,
in his official capacity as Assistant Fire Chief,
and in his individual capacity,

    Defendants.

---

ORDER (Docket No. 7)

---

IT IS HEREBY ORDERED that Attorney Anne T. Sulton may appear via telephone during the Scheduling Conference set for March 11, 2009, at 9:30 am.

Attorney Sulton should call the Court at telephone number: 303-844-2403

Dated: March 5, 2009

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO