IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00004-PAB-MJW

THOMAS R.  LEWIS,

Plaintiff(s),

v.

DENVER FIRE DEPARTMENT, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Joint Motion for Entry of a Stipulated Protective Order (docket no. 37) is **GRANTED** finding good cause shown.  The written Stipulated Protective Order is **APPROVED** as amended in paragraph 13 and made an Order of Court.

Date:   May 28,  2009