IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00004-PAB-MJW

THOMAS R. LEWIS,

Plaintiff(s),

v.

DENVER FIRE DEPARTMENT, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is HEREBY ORDERED that the Defendants' Motion to Stay Discovery Based on Qualified Immunity (Docket No. 28) is GRANTED pursuant to Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) and Workman v. Jordan, 858 F.2d 332, 336 (10th Cir. 1992). Discovery is STAYED until Judge Brimmer rules on Defendants' Motion to Dismiss Based Upon Qualified Immunity (Docket No. 24).

     It is FURTHER ORDERED that the parties shall file a written status report with this court concerning the Defendants' Motion to Dismiss Based Upon Qualified Immunity (Docket No. 24) pending before Judge Brimmer on or before July 1, 2009.

Date:   June 1, 2009