IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   09-cv-00004-PAB-MJW

THOMAS R. LEWIS,

Plaintiff,

v.

DENVER FIRE DEPARTMENT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Partially Lift Stay of Discovery (docket no. 42) and Certification of Compliance with D.C.COLO.LCivR 7.1 A (docket no. 66) is GRANTED finding good cause shown. Defendants will not be prejudiced by the requested relief in the subject motion since Plaintiff is only requesting that this court allow two subpoenas to be served on non-parties, namely, Verizon and the Denver Police Department. Accordingly, the Plaintiff may serve a subpoena *duces tecum* upon the non-parties Verizon and the Denver Police Department only and may not conduct any other discovery until further order of the court.

Date:  September 29, 2009