**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.** 09-cv-00004-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** April 20, 2010 | Courtroom Deputy, Ellen E. Miller |
| THOMAS R. LEWIS, | Anne T. Sulton (by telephone) |
| Plaintiff(s), | |
| v. | |
| DENVER FIRE DEPARTMENT,<br>KEITH MEHRENS,<br>CITY AND COUNTY OF DENVER,<br>NICK NUANES, and<br>PATRICK HYNES, | Joseph M. Rivera<br>Andrea J. Kershner |
| Defendant(s). | |

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**: **TELEPHONIC MOTION HEARING / STATUS CONFERENCE**
**Court in Session:** 9:00 a.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Motion for Sanctions for Violation of the Court's Protective Order - Docket No. 40 [Docket No. 104] for argument. The Court has reviewed the motion, response, and reply.

Plaintiff will rely on the motion and has no further argument.
Defendants will rely on their response and have no further argument.


**It is ORDERED:** Plaintiff's MOTION FOR SANCTIONS FOR VIOLATION OF THE COURT'S PROTECTIVE ORDER - DOCKET NO. 40 [Docket No. **104**, Filed March 14, 2010] is **DENIED** for reasons as set forth on the record.

Hearing concluded.
**Court in recess:** 9:04 a.m.
Total In-Court Time 00: 04

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.