IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00004-PAB-MJW

THOMAS R. LEWIS,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER FIRE DEPARTMENT,
RICK NUANES,
KEITH MEHRENS,
PATRICK HYNES, and
DANIEL DIAZ,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the defendants' Motion to Stay Discovery Based on Qualified Immunity (Docket No. 120), to which no response was filed and thus the motion is deemed confessed, is granted. Discovery in this case is stayed until there is a ruling on the pending motion to dismiss that is based on qualified immunity (Docket No. 119).

Date: December 29, 2010