IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00004-PAB-MJW

THOMAS R. LEWIS,

Plaintiff,

v.

DENVER FIRE DEPARTMENT, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Lift Stay of Discovery (docket no. 128) and Certification of Compliance with D.C.COLO.LCivR 7.1A (docket no. 139) is DENIED for those reasons as outlined in docket nos. 42 and 128.

Date: September 21, 2011