IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00004-RBJ-MJW

THOMAS R. LEWIS,

Plaintiff,

v.

DENVER FIRE DEPARTMENT, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Lift Stay of Discovery [docket no. 42] (docket no. 147) is GRANTED.  The Discovery Stay Order dated June 1, 2009 (docket no. 42) is VACATED.

It is FURTHER ORDERED that this case remains set for a Rule 16 Scheduling Conference on February 9, 2012, at 9:30 a.m. before Magistrate Judge Watanabe.  The parties shall file their proposed Rule 16 Scheduling Order five days prior to February 9, 2012.

Date:  January 11, 2012