UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00004-RBJ-MJW

THOMAS R. LEWIS,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

ORDER (Docket No. 150)

---

Plaintiff's motion to appear by telephone during the Scheduling Conference, set for February 9, 2012, at 9:30 AM, is granted. Plaintiff's counsel shall telephone the Court at the appointed hour at (303) 844-2403.

Dated: January 30, 2012

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO