IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action No. 09-cv-00004-RBJ-MJW

THOMAS R. LEWIS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER FIRE DEPARTMENT, and
DANIEL DIAZ,

    Defendants.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 1st day of February, 2013.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

_____    _____
Counsel for Plaintiff                                  Counsel for Defendant